IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN NAVY NOVIKOFF,

      Plaintiff,                                          No. CIV S-11-3023 MCE EFB

      vs.

UNITED STATES,

      Defendant.                                  ORDER

_____/

      On May 9, 2012, the court heard plaintiff's motion to compel defendant to produce further responses to plaintiff's interrogatories. Dckt. Nos. 10, 13. Attorney Joseph Maloney appeared at the hearing on behalf of plaintiff and attorney J. Earlene Gordon appeared on behalf of defendant. Per plaintiff's counsel's request, the motion was continued in order to permit defendant to further investigate the matters at issue and provide supplemental responses to plaintiff's interrogatories.

      Accordingly, IT IS HEREBY ORDERED that:

      1. The hearing on plaintiff's motion to compel defendant to produce further responses to plaintiff's interrogatories, Dckt. No. 10, is continued to June 20, 2012 at 10:00 a.m. in Courtroom No. 24.

////

2. On or before June 13, 2012, if plaintiff has not withdrawn the motion as moot, the parties shall file a supplemental joint statement regarding the status of the discovery dispute.

3. Defendant is reminded of its obligation to conduct a thorough, diligent search in order to answer the interrogatories with all information *available* to defendant, including information known to anyone in the defendant's employ or over whom it has control.  Fed. R. Civ. P. 33(b)(1)(B); *Gen. Dynamics Corp. v. Selb Mfg. Co.*, 481 F.2d 1204, 1210-11 (8th Cir. 1973).

SO ORDERED.

DATED:  May 16, 2012.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE