1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOHN NAVY NOVIKOFF,

11            Plaintiff,                    No. CIV S-11-3023 MCE EFB

12        vs.

13   UNITED STATES,

14            Defendant.                    ORDER
     _____/

15

16        On May 9, 2012, the court heard plaintiff's motion to compel defendant to produce

17   further responses to plaintiff's interrogatories.  Dckt. Nos. 10, 13.  Attorney Joseph Maloney

18   appeared at the hearing on behalf of plaintiff and attorney J. Earlene Gordon appeared on behalf

19   of defendant.  Per plaintiff's counsel's request, the motion was continued in order to permit

20   defendant to further investigate the matters at issue and provide supplemental responses to

21   plaintiff's interrogatories.

22        Accordingly, IT IS HEREBY ORDERED that:

23        1.  The hearing on plaintiff's motion to compel defendant to produce further responses to

24   plaintiff's interrogatories, Dckt. No. 10, is continued to June 20, 2012 at 10:00 a.m. in

25   Courtroom No. 24.

26   ////

                                    1

2.  On or before June 13, 2012, if plaintiff has not withdrawn the motion as moot, the parties shall file a supplemental joint statement regarding the status of the discovery dispute.

3.  Defendant is reminded of its obligation to conduct a thorough, diligent search in order to answer the interrogatories with all information *available* to defendant, including information known to anyone in the defendant's employ or over whom it has control.  Fed. R. Civ. P. 33(b)(1)(B); *Gen. Dynamics Corp. v. Selb Mfg. Co.*, 481 F.2d 1204, 1210-11 (8th Cir. 1973).

SO ORDERED.

DATED:  May 16, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE