IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN NAVY NOVIKOFF,

    Plaintiff,                           2:11-cv-3023-MCE-EFB

    vs.

UNITED STATES,

    Defendant.                       <u>ORDER</u>

        On May 9, 2012, the court heard plaintiff's motion to compel defendant to produce further responses to plaintiff's interrogatories. Dckt. Nos. 10, 13. Per plaintiff's counsel's request, the motion was continued in order to permit defendant to further investigate the matters at issue and provide supplemental responses to plaintiff's interrogatories. On May 16, 2012, the undersigned issued an order scheduling that further hearing on June 20, 2012. Dckt. No 16.

        On June 12, 2012, the parties filed a supplemental joint statement regarding the discovery dispute, indicating that plaintiff is still reviewing the documents produced by defendant and requesting a thirty day continuance so that the parties can ascertain whether the original discovery dispute still exists. Dckt. No. 17.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The June 20, 2012 hearing on plaintiff's motion to compel defendant to produce

1  further responses to plaintiff's interrogatories, Dckt. No. 10, is continued to August 22, 2012 at
2  10:00 a.m. in Courtroom No. 24
3       2.  On or before August 13, 2012, if plaintiff has not withdrawn the motion as moot, the
4  parties shall file a supplemental joint statement regarding the status of the discovery dispute.
5       SO ORDERED.
6  DATED: June 14, 2012                /s/ Edmund F. Brennan
                                        EDMUND F. BRENNAN
7                                       UNITED STATES MAGISTRATE JUDGE

2