IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN NAVY NOVIKOFF,

    Plaintiff,                              No. 2:11-cv-3023-MCE-EFB

    vs.

UNITED STATES,

    Defendant.                            <u>ORDER</u>

        On September 19, 2012, the court heard plaintiff's motions to compel defendant to produce further responses to plaintiff's requests for production of documents ("RPD"), Sets One and Two. Dckt. Nos. 20, 21. Attorney Joseph Maloney appeared on behalf of plaintiff and attorney J. Earlene Gordon appeared on behalf of defendant. As stated on the record and for the reasons stated on the record, plaintiff's motions are granted in part. On or before October 19, 2012, defendant shall produce all insurance certificates for the general contractor and subcontractors and all revised drawings of each of the turnouts (as requested in RPD 1), as well as all documents in plaintiff's RPD 5 which have not yet produced, or defendant shall certify under penalty of perjury that a thorough, diligent search has been conducted and the responsive documents either do not exist or cannot be located. Each party shall bear its own costs.

        SO ORDERED.

DATED: September 20, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE