1  BENJAMIN B. WAGNER
   United States Attorney
2  GREGORY T. BRODERICK
   Assistant United States Attorneys
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
   Attorneys for Defendant
6  United States of America

7

8              IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11 JOHN NAVY NOVIKOFF                    CASE NO.  2:11-CV-03023-MCE -EFB

          Plaintiff,
12                                       **STIPULATION AND ORDER SETTING
                                         BRIEFING SCHEDULE FOR
13    v.                                 DEFEDNANT'S MOTION FOR
                                         SUMMARY JUDGMENT**
   UNITED STATES OF AMERICA,
14                                       [Local Rule 143]
          Defendant.
15

16

17

18     WHEREAS, this Court's Scheduling Order [Dkt. No. 11] requires any motion for summary

19 judgment to be filed 8 weeks before a hearing, the opposition and any cross-motion to be filed 5

20 weeks before a hearing, the opposition to any cross-motion and reply regarding the motion to be

21 filed 3 weeks before a hearing; and any reply regarding the cross-motion to be filed one week before

22 the hearing date;

23     WHEREAS, Defendant wishes to file a motion for summary judgment on an issue on which

24 Plaintiff does not wish to cross-move;

25     WHEREAS, the parties have a fundamental disagreement on this issue underlying

26 Defendant's proposed summary judgment motion, which could be dispositive of the case;

27     WHEREAS, an order from the Court deciding Defendant's motion is likely to aid in

28 resolution of this case;

**Stipulation Setting Summary Judgment Briefing Schedule**      1

NOW WHEREFORE, THE PARTIES HEREBY STIPULATE AS FOLLOWS:

That Defendant's motion for summary judgment shall be calendared for hearing on August 22, 2013;[1]

That Defendant's motion be briefed on the following schedule:

- Defendant's Motion and supporting papers:   July 18, 2013
- Plaintiff's Opposition:   August 8, 2013;
- Defendant's Reply:   August 15, 2013.

Nothing herein is intended to prohibit any party from filing any such motion according to the schedule set forth in the operative Scheduling Order.

Respectfully Submitted,

DATED:  July 5, 2013

BENJAMIN B. WAGNER
United States Attorney

By:   */s/ Gregory T. Broderick*
GREGORY T. BRODERICK
Assistant United States Attorney

DATED:  July 5, 2013

*/s/ Joseph E. Maloney*
Attorney for Plaintiff

**IT IS SO ORDERED**.

Dated:  July 18, 2013

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

---

[1] The parties recognize that the Court retains the discretion to submit this matter without argument, or to continue the hearing to another date.