BENJAMIN B. WAGNER
United States Attorney
GREGORY T. BRODERICK
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendant
United States of America

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

JOHN NAVY NOVIKOFF

      Plaintiff,

    v.

UNITED STATES OF AMERICA,

      Defendant.

CASE NO.  2:11-CV-03023-MCE -EFB

**STIPULATION AND ORDER SETTING BRIEFING SCHEDULE FOR DEFEDNANT'S MOTION FOR SUMMARY JUDGMENT**

[Local Rule 143]

    WHEREAS, this Court's Scheduling Order [Dkt. No. 11] requires any motion for summary judgment to be filed 8 weeks before a hearing, the opposition and any cross-motion to be filed 5 weeks before a hearing, the opposition to any cross-motion and reply regarding the motion to be filed 3 weeks before a hearing; and any reply regarding the cross-motion to be filed one week before the hearing date;

    WHEREAS, Defendant wishes to file a motion for summary judgment on an issue on which Plaintiff does not wish to cross-move;

    WHEREAS, the parties have a fundamental disagreement on this issue underlying Defendant's proposed summary judgment motion, which could be dispositive of the case;

    WHEREAS, an order from the Court deciding Defendant's motion is likely to aid in resolution of this case;

**Stipulation Setting Summary Judgment Briefing Schedule**    1

NOW WHEREFORE, THE PARTIES HEREBY STIPULATE AS FOLLOWS:

That Defendant's motion for summary judgment shall be calendared for hearing on August 22, 2013;[1]

That Defendant's motion be briefed on the following schedule:

- Defendant's Motion and supporting papers:   July 18, 2013
- Plaintiff's Opposition:   August 8, 2013;
- Defendant's Reply:   August 15, 2013.

Nothing herein is intended to prohibit any party from filing any such motion according to the schedule set forth in the operative Scheduling Order.

Respectfully Submitted,

DATED:  July 5, 2013

BENJAMIN B. WAGNER
United States Attorney

By:     /s/ Gregory T. Broderick
GREGORY T. BRODERICK
Assistant United States Attorney

DATED:  July 5, 2013

_____  /s/ Joseph E. Maloney
Attorney for Plaintiff

**IT IS SO ORDERED**.

Dated:  July 18, 2013

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

---

[1] The parties recognize that the Court retains the discretion to submit this matter without argument, or to continue the hearing to another date.