1  JOSEPH E. MALONEY, SBN 95458
   660 Auburn Folsom Road, Suite 202
2  Auburn, California 95603
   Telephone: (530) 885-7787
3  E-mail: joseph.maloney@jmaloneylaw.com

4  Attorney for Plaintiff John Navy Novikoff

5  ANDREA M.MILLER SBN 88992
   Nageley Meredith & Miller, Inc.
6  8801 Folsom Boulevard, Suite 172
   Sacramento CA 95826
7  Telephone: (916) 386-8282 Ext. 422
   E-mail: amiller@nmlawfirm.com
8
   Attorney for Plaintiff John Navy Novikoff
9

10            IN THE UNITED STATES DISTRICT COURT

11            FOR THE EASTERN DISTRICT OF CALIFORNIA

12 JOHN NAVY NOVIKOFF,

13          Plaintiff,                    2:11-cv-03023-MCE-EFB

14     v.                                 **ORDER GRANTING
                                          PLAINTIFF'S REQUEST TO**
15 UNITED STATES OF AMERICA,              **AUGMENT EXHIBIT LIST**

16          Defendant.

17 _____/

18     Plaintiff has requested to augment some of the descriptions of his exhibits (ECF

19 No. 61), as follows, with the augmentations in *italics.*

20
       Exhibit 2: Photographs of the Accident Scene Enclosure; view from the South;
21
   *closeup photos of object marker.*
22
       Exhibit 3: Photographs of the Accident Scene Enclosure; view from the North;
23
   *closeup photos of rust on post.*
24
       Exhibit 10: Construction Contract as Modified - 859-D-428; *change order No. 13,*
25
   *drawing, detail of drawing, transmittal of as-built drawings (Deposition Exhibits 14-18).*
26

27 *////*

28
                                        1

Exhibit 27: DOI Web Site Printouts imposing the applicable standards: BOR LND 01-03, *LND P04, FAC 01-04*.

Exhibit 29: Special Use Permit *2008* (not 2009).

Exhibit 30: Special Use Permit Application *2009* (not 2008).

Plaintiff's request is hereby GRANTED.

IT IS SO ORDERED.

Dated:  January 11, 2016

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT